UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-81254-RAR

**ARCHIE MALONE**,

      Plaintiff,

v.

**ACCOUNTS RECEIVABLE
RESOURCES, INC.**,

      Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment [ECF No. 60] ("Order") filed on October 6, 2019. For the reasons stated in the Order, and pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff, Archie Malone, and against Defendant, Accounts Receivable Resources, Inc. as follows:

1. Plaintiff is **ENTITLED** to damages under the Fair Debt Collections Practices Act. To determine the sum of damages, Plaintiff must file a *Motion for Damages* on or before **October 18, 2019**.

2. The Court retains jurisdiction over any motion for attorney's fees or costs, any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure, and any motions that raise issues collateral to the Final Judgment.

3. All pending motions are **DENIED AS MOOT**.

4.       The Calendar Call scheduled for October 8, 2019 is **CANCELLED**.  The above-styled action is **REMOVED** from the two-week trial period beginning on October 14, 2019.

5.       The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of October, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**